■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK BOOKER, Appellant. [797 NYS2d 764]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Gazzillo, J.), rendered February 10, 2003, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was videotaped selling crack cocaine to a purchaser who told police he knew the defendant from previous drug transactions over a two-year period. Under these circumstances, no notice pursuant to CPL 710.30 was required, because the identification was confirmatory in nature (*see People v Tas,* 51 NY2d 915, 916 [1980]).

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). H. Miller, J.P., Goldstein, Crane and Skelos, JJ., concur.